UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH GRAUS,

       Plaintiff,                       CASE NO. 05-74199

-vs-                                    PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

HAROLD WHITE, Warden,

       Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS AND TO AMEND

On August 28, 2006, Plaintiff's Complaint was DISMISSED WITHOUT PREJUDICE for failure to exhaust his administrative remedies.

Therefore; plaintiff's motion to dismiss defendants Harold White and Dr. Mathia, to amend to clarify complaint and to reissue summons is **DENIED AS MOOT.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  August 30, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 30, 2006.

                                          s/Denise Goodine
                                          Case Manager